JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLAZA HEALTHCARE CENTER LLC,<br><br>Debtor and Debtor-in-Possession<br><br>WEST PICO TERRACE - LET, LLC, a California limited liability company; and COUNTRY VILLA EAST L.P., a California limited partnership,<br><br>               Plaintiffs,<br><br>               v.<br><br>FLORA TERRACE EAST LLC, a California limited liability company; and FLORA TERRACE WEST LLC, a California limited liability company,<br><br>               Defendants. | District Court Case No.<br>SA CV 16-1625 DMG<br><br>Bankruptcy Court Case Number<br>8:14-bk-11335-CB<br><br>Adversary Case Number<br>8:14-ap-1297-CB<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Bankruptcy Judge and Order for Declaratory Judgment issued concurrently herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered granting declaratory relief in favor of Plaintiffs and against Defendants.

DATED: November 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court and BAP